IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LAURA KELLY DUGAS,

      Plaintiff,

v.                                                                    CIV 18-1140 KG/JHR

WILLIAM KOTSCH, *et al.*,

      Defendants.

<u>ORDER DISMISSING CASE</u>

This matter comes before the Court *sua sponte* dismissing the complaint without prejudice, pursuant to Fed. R. Civ. P. 12(b)(1), failure to allege how this Court has subject matter jurisdiction over this matter.

_____
UNITED STATES DISTRICT JUDGE